# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION



**CHRISTOPHER R. ELY,**

      Plaintiff,

v.                                          Case No.  8:02-cv-1060-T-23MSS
                                         Criminal Case No.  8:00-cr-313-T-23MSS

**UNITED STATES OF AMERICA,**

      Defendant.

___

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered December 19, 2003, the Defendant's motion to vacate, set aside or correct sentence, is hereby denied.

                                        SHERYL L. LOESCH, CLERK

                                        By:    R. Moglia, Deputy Clerk

Date:   December 22, 2003

Copies furnished to:

Counsel of Record
Unrepresented Parties

